No. 7,350.—MONTANA MINES & POWER CO., PLAINTIFF AND APPELLANT, v. FRED F. HOLLIDAY, DEFENDANT AND RESPONDENT.

Decided September 30, 1935.

PER CURIAM.—Pursuant to stipulation of the parties the appeal herein is dismissed as settled.

*Mr. Frank Arnold* and *Mr. Ed C. Jones,* for Appellant.

*Messrs. Gibson & Smith* and *Mr. Melvin N. Hoiness,* for Respondent.